UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No.: 3:14-bk-00809-PMG

VINCENT LAWRENCE MARINO

_____Debtor.                        Chapter 7

SUNSEEKER INVESTMENTS, INC.

                    Plaintiff,

vs.

VINCENT LAWRENCE MARINO,

_____Defendant.

**ADVERSARY PROCEEDING COMPLAINT OF
SUNSEEKER INVESTMENTS, INC. TO DISMISS
CHAPTER 7 BANKRUPTCY OF VINCENT LAWRENCE MARINO
AND FOR DISCHARGABILITY OF DEBT**

The Plaintiff, Sunseeker Investments, Inc., hereinafter known as "Sunseeker", sues Vincent Lawrence Marino, hereinafter known as "Debtor", and states,

1. This is a core proceeding pursuant to Federal Bankruptcy Rules, Rule 7008.

2. On February 24, 2014, Debtor filed his Voluntary Chapter 7 Petition pursuant to Bankruptcy Code Section 362(a) for protection from creditors.

3. Sunseeker is a Florida corporation trading and doing business in Clay County, Florida.

4. Sunseeker is an unsecured creditor (Schedule F) of Debtor in the amount of $428,527.13.

5. Sunseeker filed a State Court Complaint in the Fourth Judicial Circuit, Clay County, Case Number: 2012-CA-000111. Sunseeker obtained a Clerk's Default against Debtor. Prior to obtaining a Final Money Judgment, the Debtor filed a Suggestion of Bankruptcy (2/25/2014).

6. Debtor is the sole shareholder of Vinco, Inc., a Florida corporation trading and doing business in Duval County, Florida.

7. Debtor is the sole shareholder of Best Affordable Contractors, LLC.

8. Best Affordable Contractors, LLC holds a certified roofing license with Debtor as the primary certified roofing contractor.

9. Upon information and belief, Vinco, Inc. has transferred all of its assets to Best Affordable Contractors, LLC.

10. Vinco, Inc. is an alter ego of Best Affordable Contractors, LLC.

11. The Debtor is the alter ego of Vinco, Inc. As a result, Debtor is the alter ego of Best Affordable Contractors, LLC.

12. Debtor lists the value of Vinco, Inc. at $0.00 and the value of Best Affordable Contractors, LLC at $0.00. See Schedule B.

13. The Debtor states his total assets both real and personal are $1,060.00. See Schedules A and B.

14. The Debtor states that his total monthly income is $2,461.00. See Schedule I.

15. Debtor states total monthly expenses of $2,530.00. See Schedule J.

16. The profit and loss statement for the year 2013 list total sales for Best Affordable Contractors, LLC at $552,570.39 and adjusted gross profits of $305,343.22.

17. In January and February of 2014, Best Affordable Contractors, LLC deposited $86,000.00 into its Fifth Third Bank account.

18. The Debtor's personal expenses of insurance, car expense, and other expense were paid from the bank account of Best Affordable Contractors, LLC.

19. The Debtor has the benefit of the income of an employee of Best Affordable Contractors, LLC because the employee is the domestic partner of Debtor and resides with him.

20. The Debtor is involved in the day to day operation of Best Affordable Contractors, LLC and has direct knowledge of its income.

21. At the time of the filing of the Debtor's Chapter 7 Bankruptcy, the Debtor knew the value of Best Affordable Contractors, LLC and the income that it generates; however, as stated above, the Debtor listed the value of Best Affordable Contractors, LLC at $0.00.

22. At the time of the filing of the Debtor's Chapter 7 Bankruptcy, the Debtor knew of the income and benefits he personally received from Best Affordable

Contractors, LLC; however, the Debtor grossly understated his income and benefits on Schedule I.

23. The facts stated in paragraphs 21 and 22 are material misrepresentations of facts known directly by the Debtor.

24. The Debtor has filed his Individual Chapter 7 Bankruptcy in bad faith as he has misled creditors regarding his true income and assets.

25. Prior to and subsequent to the Debtor filing his Chapter 7 Bankruptcy, Debtor continued to do business as Vinco, Inc. and Best Affordable Contractors, LLC and has continued to receive income and benefits from Vinco, Inc. and Best Affordable Contractors, LLC.

26. In addition, Best Affordable Contractors, LLC net income from its profits and loss statement from 2013 was $21,554.13 and as the Debtor is the one hundred percent shareholder of Best Affordable Contractors, LLC, this is unreported income to the Debtor.

27. The Debtor has disguised his income and assets through two separate corporations in an effort to defraud Sunseeker and other creditors.

28. Sunseeker has retained the services of Michael L. Edwards, Esquire, to prosecute this complaint and the Debtor should be required to contribute to Sunseeker's reasonable attorney's fees.

**WHEREFORE**, Sunseeker requests this Court to dismiss Debtor's Chapter 7 Bankruptcy case for bad faith, misrepresentation and fraud and/or determine Sunseeker's debt owed by Debtor is not dischargeable. Sunseeker requests such other and additional relief as the Court may determine to be just and award Sunseeker attorney's fees.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by United States Mail on this 27 day of May, 2014 the following: Vincent L. Marino, 3859 Paddlewheel Drive, Jacksonville, FL 32257; by CM/ECF electronic notice to Ryan G. Moore, Attorney for Debtor, Aaron R. Cohen, Trustee, Post Office Box 4218, Jacksonville, FL 32201, and the United States Trustee.

MICHAEL L. EDWARDS, ESQUIRE
Florida Bar Number: 248622
432 East Monroe Street
Jacksonville, FL 32202
edwardsmllaw@att.net
(904)350-9800/FAX 350-983