[30175] [Adversary Notice of Deficency]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:14–ap–211
                                                    Chapter 7
Vincent Lawrence Marino

_____Debtor(s)_____/
                                                    Adv. No. 3:14–ap–00211–PMG

Sunseeker Investments, Inc.
_____Plaintiff(s)_____/
vs.
Vincent Lawrence Marino
_____Defendant(s)_____/

## NOTICE OF FILING DEFICENCY

   On May 27, 2014 a complaint was filed. Pursuant to Fed. R. Bank. P. 7007.1(a) any corporation that is a party to an adversary proceeding must file a Corporate Ownership Statement. This deficiency must be cured within fourteen(14) days. Failure to file the document may result in the case being referred for a judicial determination.

   ***Fed. R. Bank. P. Rule 7007.1 (a) Corporate Ownership Statement Required Disclosure***.– Any corporation that is a party to an adversary proceeding other than the debtor or a governmental unit, shall file a statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under this subdivision.

   ***Fed. R. Bank. P. Rule 7007.1 (b) Time for Filing*** A party shall file the statement required under Rule 7007.1(a) with its first pleading in an adversary proceeding. A party shall file a supplemental statement promptly upon any change in circumstances that this rule requires the party to identify or disclose.

   DATED on May 28, 2014

                                                    Lee Ann Bennett , Clerk of Court
                                                    300 North Hogan Street Suite 3–350
                                                    Jacksonville, FL 32202

        Copies furnished to:
        Plaintiff's Attorney